PROB 12B  
(08/16)

June 1, 2020  
pacts id: 6545303

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Connor Brooke (English)            **Dkt No.:** 19CR03839-002-GPC

**Name of Sentencing Judicial Officer:** The Honorable Gonzalo P. Curiel, U.S. District Judge

**Sentence:** 5 years of probation *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** March 6, 2020

**Modification:** On March 27, 2020, conditions modified to begin 27 consecutive weekends of incarceration on June 5, 2020.

**Date Probation Commenced:** March 6, 2020

**Prior Violation History:** None.

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**To Remit:**
**(Special Condition)**
Defendant to be in custody of Bureau of Prison from Fridays by 4:00 p.m. to Mondays at 7:00 a.m., for 27 consecutive weekends to begin on March 27, 2020, pursuant to 18 U.S.C. 3563(b)(10).

**To Add:**
**(Special Condition)**
Be monitored for a period of 120 days, with the location monitoring technology at the discretion of the probation officer. The offender must abide by all technology requirements and must pay all or part of the costs of participation in the location monitoring program, as directed by the court and/or the probation officer. In addition to other court-imposed conditions of release, the offender's movement in the community must be restricted as specified below:

(Home Detention)
You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the probation officer.

PROB12B

| | |
|---|---|
| Name of Offender: Connor Brooke | June 1, 2020 |
| Docket No.: 19CR03839-002-GPC | Page 2 |

## CAUSE

Your Honor is advised that Mr. Brooke's weekend incarceration condition, as it appears on the judgment, was unable to be carried out due to the current COVID-19 pandemic. The U.S. Bureau of Prisons (BOP) currently is still unable to accept a referral for Mr. Brooke to serve his weekend commitment because he is not able to be medically cleared due to COVID-19. The probation officer seeks to rectify the BOP's inability to accommodate Mr. Brooke's with the removal of the condition as stated on the judgment and inclusion of the above condition. This will allow Mr. Brooke to still receive a sanction for his conduct, as it relates to his instant offense, while also taking into consideration the current health concerns and restrictions that we are currently facing with the COVID-19 pandemic.

Mr. Brooke has no objection to the removal of the previously ordered condition and the subsequent inclusion of the home detention condition. A waiver of hearing form signed and dated by Mr. Brooke is included as evidence of his agreement. The probation office requests that Your Honor allow the modification as a more effective use of community resources given the current restrictions and health concerns within the BOP.

Respectfully submitted:

by Keyonna Stanford
U.S. Probation Officer
(619) 557-7199

Reviewed and approved:

Larry D. Huerta
Supervisory U.S. Probation Officer

clk

Attachments:

**THE COURT ORDERS:**

X    THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

___    Other _____

The Honorable Gonzalo P. Curiel
U.S. District Judge

June 2, 2020
Date